IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PLUMBERS AND FITTERS LOCAL
UNION 101, et al.,**

**Plaintiffs,**

v.

**HIRTH PLUMBING AND HEATING
COMPANY,**

**Defendant.**                                            No. 07-cv-0556-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's third motion for extension of time to file answer (Doc. 13). Plaintiffs do not object to the motion. Said motion is **GRANTED**. The Court **ALLOWS** Defendant up to an including November 23, 2007 to file a response to Plaintiffs' complaint.

**IT IS SO ORDERED.**

Signed this 23th day of October, 2007.

/s/      DavidRHerndon
**Chief Judge
United States District Judge**