IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PLUMBERS AND FITTERS LOCAL UNION 101, et al.,**

**Plaintiffs,**

v.

**HIRTH PLUMBING AND HEATING COMPANY,**

**Defendant.**                                           No. 07-cv-0556-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's fourth motion for extension of time to file answer (Doc. 15). Defendant contends its needs additional time to finalize the necessary details and paper work as it appears that a settlement has been reached. Said motion is **GRANTED**. The Court **ALLOWS** Defendant up to an including December 19, 2007 to file a response to Plaintiffs' complaint.

**IT IS SO ORDERED.**

Signed this 19th day of November, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Judge**