IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PLUMBERS AND FITTERS LOCAL UNION 101, et al.,**

**Plaintiffs,**

v.

**HIRTH PLUMBING AND HEATING COMPANY,**

**Defendant.**  No. 07-cv-0556-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiffs' motion to dismiss without prejudice (Doc. 19). Specifically, Plaintiffs move to dismiss without prejudice this case as the parties have reached a settlement. The Court **GRANTS** the motion and **DISMISSES without prejudice** this case. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 14th day of March, 2008.

/s/    David R Herndon
**Chief Judge**
**United States District Judge**